UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-602

| | |
|---|---|
| PAULA MONROE, )<br>)<br>Planittiff )<br>)<br>vs. )<br>)<br>) | ORDER |
| AXA EQUITABLE LIFE INSURANCE )<br>COMPANY LONG TERM DISABILITY )<br>PLAN, METROPOLITAN LIFE )<br>INSURANCE COMPANY, AXA )<br>EQUITABLE LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>) | |

**THIS MATTER** is before the Court upon its own motion. The mediation report in the above-captioned case reports that the parties have come to a complete settlement agreement. (Doc. No. 15). Mediation occurred on June 21, 2012, and the report was dated June 25, 2012, but filed on July 3, 2012. That report states that the parties will file a stipulation of dismissal within fifteen (15) business days.

IT IS THEREFORE ORDERED THAT the above-captioned case is HEREBY DISMISSED without prejudice. Either party may reopen the case by motion within thirty (30) days of this order.

IT IS SO ORDERED.

Signed: July 18, 2012

Frank D. Whitney
United States District Judge